## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                                              **CAUSE NO. 1:18CR66-LG-RHW-2**

**DEMARKESE KWAMANE**
**WILLIAMS**

### ORDER GRANTING DEFENDANT'S MOTION
### TO PRODUCE PRESENTENCE REPORT

**BEFORE THE COURT** is the [91] Motion to Produce Presentence Report

filed by Federal Public Defender Omodare B. Jupiter on behalf of Defendant

Demarkese Kwamane Williams.  After reviewing the Motion, the record in this

matter, and the applicable law, the Court finds that the Motion should be granted.

"The Supreme Court has commented that 'in both civil and criminal cases the

courts have been very reluctant to give third parties access to the presentence

investigation report prepared for some other individual or individuals.'" *United*

*States v. Gomez*, 323 F.3d 1305, 1307-08 (11th Cir. 2003) (quoting *U.S. Dep't of*

*Justice v. Julian*, 486 U.S. 1, 12 (1988)).  This reluctance is fueled by concerns for

the privacy of the subject of the PSR, as well as concerns that release of information

contained in PSRs may have a "chilling effect on the willingness of various

individuals to contribute information" that will be incorporated into PSRs.  *Id.*

Since Mr. Jupiter is not a third party, but is counsel of record for Williams,

and since he has expressed a need to obtain the PSR in order to prepare for and

represent Williams at a revocation hearing, the Court finds that the Motion to

-2-

Produce PSR should be granted.  The United States Probation Office is ordered to provide a copy of the PSR to Mr. Jupiter, who is cautioned not to provide the PSR to any third party.  *See* L. U. Crim. R. 32.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [91] Motion to Produce Presentence Report filed by Federal Public Defender Omodare B. Jupiter on behalf of Defendant Demarkese Kwamane Williams is **GRANTED**.  The United States Probation Office is ordered to provide a copy of the Presentence Investigation Report to Mr. Jupiter.

**SO ORDERED AND ADJUDGED** this the 8th day of June, 2026.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE